| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey D. Pattock** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–7568** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Nadine R. Pattock** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–8595** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter **7** | **8/30/18** |
| Case number: | **18–12974–BFK** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeffrey D. Pattock | Nadine R. Pattock |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 47 Liberty Knolls Drive <br> Stafford, VA 22554 | 47 Liberty Knolls Drive <br> Stafford, VA 22554 |
| 4. | **Debtor's attorney** <br> Name and address | Robert R. Weed <br> Law Offices Of Robert Weed <br> 1376 Old Bridge Rd <br> Suite 101–4 <br> Woodbridge, VA 22192 | Contact phone (703) 335–7793 <br> Email: robertweedlaw@yahoo.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Janet M. Meiburger <br> The Meiburger Law Firm, P.C. <br> 1493 Chain Bridge Road, Suite 201 <br> McLean, VA 22101–5726 | Contact phone 703–556–9404 <br> Email:  trustee@meiburgerlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: August 31, 2018 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 27, 2018 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**1725 Duke Street, Suite 520, Alexandria, VA 22314** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: November 26, 2018** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                page 3

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 18-12974-BFK
Jeffrey D. Pattock                                                      Chapter 7
Nadine R. Pattock
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: huntingto          Page 1 of 2          Date Rcvd: Aug 31, 2018
                              Form ID: 309A            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
```
db/jdb         +Jeffrey D. Pattock,    Nadine R. Pattock,    47 Liberty Knolls Drive,    Stafford, VA 22554-8582
14513731       +Alltran Financial Express Co,    PO Box 722929,    Houston, TX 77272-2929
14513735       +Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
14513738       +Citizen Auto Finance,    480 Jefferson Blvd,    Warwick, RI 02886-1359
14513742       +Diversified Consultants Inc,    PO Box 1391,    Southgate, MI 48195-0391
14513744       +Fidelity Bank,    3 Corporate Sq NE Ste 110,    Atlanta, GA 30329-2030
14513751        IRS Centralized Insolvency OP 1 of 3,    Po Box 7436,    Philadelphia, PA 19101-7436
14513752       +IRS Hon. Jeff Session 3 of 3,    10th St & Constitution Ave NW, Rm 6313,
                 Washington, DC 20530-0001
14513750       +IRS c/o US Attorney 2 of 3,    2100 Jamieson Ave,    Alexandria, VA 22314-5794
14513745       +Inova Dept of Medicine,    3300 Gallows Rd.,    Falls Church, VA 22042-3307
14513746       +Inova Exec Health Sub Machine,    3300 Gallows Rd.,    Falls Church, VA 22042-3307
14513748       +Inova Medcial Group Cardiology,    3650 Joseph Siewick Dr Ste 204,    Fairfax, VA 22033-1712
14513749       +Inova Traumatology & General Surgery,    3300 Gallows Rd.,    Falls Church, VA 22042-3307
14513754       +Maria Delgado,    6722 Spring Forest St,    San Antonio, TX 78249-2901
14513755       +Mary Washington Healthcare,    2300 Fall Hill Ave. 101,    Fredericksburg, VA 22401-3342
14513756       +Mary Washington Hospital,    1001 Sam Perry Blvd,    Fredericksburg, VA 22401-4453
14513757       +Moxie Pest Control,    14301 Sullyfield Cir Ste G,    Chantilly, VA 20151-1630
14513758       +Nationstar Mortgage/Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14513759       +Navy Federal Credit Union,    PO Box 3700,    Merrifield, VA 22119-3700
14513760       +ODC Recovery/Mary Washington,    2300 Fall Hill Ave Ste 314,    Fredericksburg, VA 22401-3343
14513761       +Pennymac Loan Svcs,    PO Box 514387,    Los Angeles, CA 90051-4387
14513762       +Radiologic Associates of Fredericksburg,    4718 Carr Dr,    Fredericksburg, VA 22408-2686
14513763       +Rafael Patino,    6722 Spring Forest St,    San Antonio, TX 78249-2901
14513764       +Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
14513765       +Sunrise Credit Svcs/AT&T,    234 Airport Plaza Blvd, Ste 4,    Farmingdale, NY 11735-3938
14513766       +Tajammul Ehsan MD,    8622 Lee Hwy C,    Fairfax, VA 22031-2148
14513768       +Trinity Wiring & Monitoring,    8610 Virginia Meadows Dr,    Manassas, VA 20109-7819
14513769        Trugreen,    1790 Kirby Pkwy Ste 300,    Memphis, TN 38138-7411
14513770       +Virginia Cardiovascular Consultants PC,    1201 Sam Perry Blvd Ste 280,
                 Fredericksburg, VA 22401-8400
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: robertweedlaw@yahoo.com Sep 01 2018 02:31:16     Robert R. Weed,
                 Law Offices Of Robert Weed,    1376 Old Bridge Rd,    Suite 101-4,    Woodbridge, VA  22192
tr              EDI: BJMMEIBURGER.COM Sep 01 2018 06:18:00      Janet M. Meiburger,
                 The Meiburger Law Firm, P.C.,    1493 Chain Bridge Road, Suite 201,    McLean, VA  22101-5726
14513733       +EDI: CINGMIDLAND.COM Sep 01 2018 06:19:00      AT&T,    PO Box 536216,    Atlanta, GA 30353-6216
14513732       +EDI: AMEREXPR.COM Sep 01 2018 06:19:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
14513734       +EDI: CAPITALONE.COM Sep 01 2018 06:20:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
14513736       +EDI: CHASE.COM Sep 01 2018 06:19:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14513737       +EDI: CITICORP.COM Sep 01 2018 06:19:00      Citi Cards/Citibank,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
14513739       +E-mail/Text: collect@ccsroanoke.com Sep 01 2018 02:32:53     Creditors Collection Service,
                 PO BOX 21504,    Roanoke, VA 24018-0152
14513741        EDI: DISCOVER.COM Sep 01 2018 06:19:00      Discover Financial Services,    PO Box 15316,
                 Wilmington, DE 19850
14513740       +E-mail/Text: DMCCO.VBASPL@va.gov Sep 01 2018 02:32:59     Dept of Veterans Affairs,
                 PO Box 11930,    Saint Paul, MN 55111-0930
14513743       +E-mail/Text: lakeicia.morgan@frcpc.org Sep 01 2018 02:32:34     Fairfax Radiological Consultants PC,    2722 Merrilee Dr. Ste 230,    Fairfax, VA 22031-4416
14513747       +E-mail/Text: BANKRUPTCY@INOVA.ORG Sep 01 2018 02:32:09     Inova Fairfax Hospital,
                 3300 Gallows Rd.,    Falls Church, VA 22042-3300
14513753       +EDI: CBSKOHLS.COM Sep 01 2018 06:19:00      Kohls/CapOne,    PO Box 3115,
                 Milwaukee, WI 53201-3115
14513767       +E-mail/Text: bankruptcydepartment@tsico.com Sep 01 2018 02:32:55     Transworld Systems,
                 9525 Sweet Valley Dr Bldg A,    Valley View, OH 44125-4237
                                                                                              TOTAL: 14
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0422-9          User: huntingto            Page 2 of 2              Date Rcvd: Aug 31, 2018
                              Form ID: 309A              Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
          Janet M. Meiburger    trustee@meiburgerlaw.com, VA41@ecfcbis.com
          John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
          Robert R. Weed    on behalf of Joint Debtor Nadine R. Pattock robertweedlaw@yahoo.com,
           atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com;LawOffices
           OfRobertWeed@jubileebk.net
          Robert R. Weed    on behalf of Debtor Jeffrey D. Pattock robertweedlaw@yahoo.com,
           atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com;LawOffices
           OfRobertWeed@jubileebk.net
                                                                                             TOTAL: 4
```