IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE<br><br>JEFFREY D. PATTOCK<br>NADINE R. PATTOCK<br><br>  Debtors | Case No. 18-12974-BFK<br>Chapter 7 |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST 2005-B<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019<br><br>  Movant<br><br>v.<br><br>JEFFREY D. PATTOCK<br>NADINE R. PATTOCK<br>47 Liberty Knolls Drive<br>Stafford, VA 22554<br><br>and<br><br>JANET M. MEIBURGER<br>CHAPTER 7 TRUSTEE<br>The Meiburger Law Firm, PC<br>1493 Chain Bridge Road, Suite 201<br>McLean, VA 22101<br><br>  Respondents | Motion No. |

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 73060

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2005-B, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

1. Jurisdiction is based on 11 U.S.C. Section 362(d)-(f).

2. On or about August 30, 2018, Jeffrey D. Pattock and Nadine R. Pattock ("Debtors") filed a Voluntary Petition in the Court under Chapter 7 of the Bankruptcy Code.

3. Janet M. Meiburger is the Chapter 7 trustee of the Debtors' estate.

4. At the time of the initiation of these proceedings, the Debtors owned a parcel of fee simple real estate improved by a residence with a legal description of "LOT 12, BLOCK 4, NEW CITY BLOCK 15915, BABCOCK PLACE, UNIT 2, SITUATED IN THE CITY OF SAN ANTONIO, BEXAR COUNTY TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 5800, PAGE 103, DEED AND PLAT RECORDS OF BEXAR COUNTY TEXAS. TAX ID/IN: 159150040120 Property Address: 6722 SPRING FOREST SAN ANTONIO, TX 78249" also known as 6722 Spring Forest, San Antonio, TX 78249 (hereinafter "the subject property").

5. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant.   Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

6.  THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2005-B  directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay. The promissory note has been duly indorsed.

7.  The total amount due under the Deed of Trust securing the Movant as of September 4, 2018, including attorney's fees and court costs, is approximately $58,232.92.

8.  The Debtors are in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

9.  The Debtors are behind in their monthly mortgage payments, and equity in the Debtors' residence is dissipating.

10.  The Movant lacks adequate protection of its interest in the subject property.

MARK MEYER

DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 73060

11. The Movant has been and continues to be irreparably injured by the stay of Section 362 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

12. Cause exists for lifting the automatic stay imposed by Section 362 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

WHEREFORE, the Movant, THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2005-B its successors and/or assigns, respectfully requests that this Honorable Court:

1. Enter an order terminating the automatic stay imposed by Section 362 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 6722 Spring Forest, San Antonio, TX 78249; and

2. Grant such other and further relief as may be just and necessary.

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.
VA Bar 74290

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 73060

## CERTIFICATE OF SERVICE

     I hereby certify that on the 10th day of September, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Janet M. Meiburger, Trustee

Robert R. Weed, Esquire

     I hereby further certify that on the 10th day of September, 2018, a copy of the foregoing Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Jeffrey D. Pattock
47 Liberty Knolls Drive
Stafford, VA 22554

Nadine R. Pattock
47 Liberty Knolls Drive
Stafford, VA 22554

                                              /s/ Mark D. Meyer, Esq.
                                              Mark D. Meyer, Esq.

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 73060